# IN THE UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| **JOHN SMITH,** | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 3:17-CV-01030-HNJ |
| **THE BUCKLE, INC.,** | ) ) | |
| Defendant. | ) ) ) | |

## MOTION TO DISMISS

**COMES NOW** the Plaintiff, John Smith, (hereinafter "Plaintiff") by and through his undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) *Fed. R. Civ. P.*, and hereby moves the Court to dismiss this action and states as grounds:

1. Plaintiff and Defendant have resolved this matter, and

2. There is no compelling reason for the case to continue in Plaintiff's view.

**WHEREFORE**, premises considered, Plaintiff, John Smith, moves this honorable Court to dismiss this action with prejudice.

Respectfully Submitted, this the 14th Day of July, 2017.

[1]

/s/ Cassie E. Taylor
**Cassie E. Taylor**
**BPR # AL-8297N67R**
The ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36116
334.356.5314 p
334.819.4032 f
CET@ADA-Firm.com
*Attorney for the Plaintiff*

[2]

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed with the Clerk of Court the aforementioned document for service of process by USPS mail or electronic mail, postage prepaid and properly addressed this 14th day of July, 2017 to the following:

**Kyle Hanson**
**Counsel for The Buckle, Inc.**
2407 West 24th Street
Kearney, Nebraska 68845
308.236.4491 p
Kyle.Hanson@Buckle.com

/s/ Cassie E. Taylor
**Cassie E. Taylor**
**BPR # AL-8297N67R**
The ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36116
334.356.5314 p
334.819.4032 f
CET@ADA-Firm.com
*Attorney for the Plaintiff*