FILED
2017 Jul-17  AM 08:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| JOHN SMITH,  )<br>  )<br>  Plaintiff  )<br>  )<br>vs.  )<br>  )<br>THE BUCKLE, INC.,  )<br>  )<br>  Defendant  ) | Case No.  3:17-cv-01030-HNJ |

## **DISMISSAL ORDER**

Plaintiff filed a Motion to Dismiss, stating the parties resolved this matter. (Doc. 6).  The court GRANTS the motion to dismiss and DISMISSES this action WITH PREJUDICE, costs taxed as paid.

DONE and ORDERED this 17th day of July, 2017.



_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE